UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:        ROBIN C KING

DEBTOR                                                                                          CASE NO.: 17-90571-BHL-13

### TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Joseph M. Black, Jr., in his capacity as Chapter 13 Trustee, pursuant to 11 U.S.C. § 1329, move the Court to modify the Chapter 13 Plan in the above-mentioned case. In support of the Motion to Modify Plan, the Trustee states as follows:

1. Pursuant to a Notice received by the Trustee from DITECH FINANCIAL LLC, the mortgage payment is to be changed to $754.93 from $728.94 beginning MAY 2018, and to $737.60 beginning MAY 2019; and

2. To reflect the change in the mortgage payment being paid through the Trustee conduit, the Plan Payment will need to be modified to $1,317.53 from $1,291.00 beginning MAY 2018, and to $1,300.20 beginning APRIL 2019.

NOTICE IS GIVEN that any objection to the Motion to Modify Plan must be filed with the Bankruptcy Clerk within **21 days** from date of service at http://ecf.insb.uscourts.gov which requires a user account and password. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at: U.S. Bankruptcy Court, 110 U.S. Courthouse, 121 W. Spring St., New Albany, IN 47150.

The objecting party must ensure delivery of the objection to the Trustee and the Debtor(s). **If an objection is NOT timely filed, the Court may enter an Order Approving the Post-Confirmation Modification of the Chapter 13 Plan without conducting an actual hearing.** Unresolved objections will be scheduled for hearing by the Court at a later date if necessary.

WHEREFORE, the Trustee prays the Court for an Order approving the Motion to Modify Plan. If the Debtor is under a wage assignment or ACH deduction, upon approval of this Motion, the wage assignment or ACH deduction will be amended.

Dated: April 10, 2018

        Respectfully Submitted,

         /s/ Joseph M. Black, Jr._
        Joseph M. Black, Jr., Trustee
        PO Box 846
        Seymour, IN 47274
        Telephone: (812)524-7211
        Fax: (812)523-8838
        Email: jblacktrustee@trustee13.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on April 10, 2018, a copy of the foregoing pleading was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following.

ROBIN C KING
4522 ST MARYS RD
FLOYDS KNOBS  IN  47119-


DITECH FINANCIAL LLC
PO BOX 0049
PALATINE  IL  60055-0049

ROBERT KRYSYNSKI
8050 CLEVELAND PLACE
MERRILLVILLE, IN 46410

DOYLE & FOUTTY
41 E WASHINGTON ST, STE 400
INDIANAPOLIS, IN 46204

                                                                    <u>/s/ Joseph M. Black, Jr.</u>
                                                                 Joseph M. Black, Jr., Trustee